No. 679. RIPPERGER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 680. COLD METAL PRODUCTS Co. *v.* CRUCIBLE STEEL Co. OF AMERICA. C. A. 3d Cir. Certiorari denied. *William H. Webb* for petitioner. *Charles H. Walker* and *Charles E. Kenworthey* for respondent.

No. 681. HECHT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Sanford H. Cohen* and *Daniel H. Greenberg* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 682. ALONZO ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Paul A. Porter, Walton Hamilton* and *R. F. Deacon Arledge* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States. Briefs of *amici curiae* in support of the petition for writ of certiorari were filed by *Fred M. Standley,* Attorney General, for the State of New Mexico, and *Robert Morrison,* Attorney General, for the State of Arizona.

No. 683. SCIENTIFIC LIVING, INC., *v.* FEDERAL TRADE COMMISSION. C. A. 3d Cir. Certiorari denied. *Frank R. Cook* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Earl W. Kintner* and *James E. Corkey* for respondent.